IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:17-cv-270-BO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NBC BANK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, | )<br>)<br>) |
| Defendant. | ) |

Upon consideration of the Joint Motion for Consent Order for Stay Pending Resolution of Related Mandatory Administrative Claims Process filed by the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank ("FDIC-R"), and the North Carolina Department of Transportation ("NCDOT"), and the entire record herein, the Court hereby ORDERS that all proceedings in this action shall be STAYED through and until the earlier of January 27, 2018, or the date on which FDIC-R determines the administrative claim filed by Liberty Mutual Insurance Company. FDIC-R shall promptly notify the Court of the conclusion of the administrative claims process and request the lifting of the stay. The clerk is DIRECTED to remove this case from the Court's active docket during the pendency of the stay.

SO ORDERED. This 15 day of September 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE